[No. 40351-6-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEGRONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03138-7, John M. Darrah, J., entered March 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40464-4-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMAR ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02239-6, Linda Lau, J., entered February 28, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J. Now published at 91 Wn. App. 635.

[No. 40490-3-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADEN S. SPILMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06790-0, John M. Darrah, J., entered March 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40517-9-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN RAY ELLIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05355-1, Michael Hayden, J., entered March 14, 1997. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Ellington, J.